

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re: Joshua Hughes

No. 06-14-00076-CV

Original Mandamus Proceeding

Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find that Relator's petition for writ of mandamus should be conditionally granted and direct the trial court to vacate its "Temporary Order Following Adversary Hearing" signed on September 3, 2014, and order the return of the present possession of the child to Joshua Hughes. The writ will issue only if the trial court fails to comply.

RENDERED OCTOBER 3, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk